# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-00986 JVS (RNBx)          Date  June 22, 2012

Title  Ramirez v. United States of America

Present: The Honorable   James V. Selna

Karla J. Tunis                              Not Present
Deputy Clerk                                Court Reporter

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:
Not Present                                 Not Present

**Proceedings:**  (In Chambers)
**Order To Show Cause re Certificate of Interested Parties**

The Court has made a preliminary review of the Petition and related papers filed upon initiating this proceeding. The Certificate of the Interested Parties lists the following as a "Plaintiff":

> Bank of America
> Countrywide Home Loans
> Hon. David O. Carter
> Hon. Josephine Staton Tucker

None of the above is listed as "Plaintiff" or petitioner in the Petition. The Court can discern no basis to conclude that any of these parties has a financial or other interest in the Petition.

Petitioner is ordered to file a further statement within ten days stating in detail the basis for identifying the above parties as "Interested Parties."

|   |   |
|---|---|
|   | 0 : 00 |
| Initials of Preparer | kjt |